**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 08-6871**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JONATHAN JOSEPH MATHIS,

        Defendant – Appellant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., District Judge. (6:06-cr-00815-HMH-1; 6:08-cv-70034-HMH)

───────────

Submitted: November 13, 2008    Decided: November 19, 2008

───────────

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

───────────

Dismissed by published per curiam opinion.

───────────

Jeffrey Falkner Wilkes, Greenville, South Carolina, for Appellant. Alan Lance Crick, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Joseph Mathis seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2255 (2000) motion and his motion for reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Mathis has not made the requisite showing. Accordingly, we deny Mathis's motion for a certificate of appealability and dismiss the appeal. We also deny Mathis's motion for limited remand. We dispense with oral argument because the facts and legal contentions are adequately presented

2

in the materials before the court and argument would not aid the decisional process.

DISMISSED